# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1845

Christine Biros _____ vs. Shanni Snyder, et al. _____

Calendar Date 4/8/2026 _____    Location Philadelphia _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Stuart C. Gaul, Jr. _____

Designation of Arguing Counsel: Stuart C. Gaul, Jr. _____

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☑ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Christine Biros _____

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)