9:00 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

WEDNESDAY, APRIL 08, 2026

Coram: PORTER, MONTGOMERY-REEVES and BOVE, *Circuit Judges*

Nos. 24-3291/24-3374

PROSPECT CAPITAL
MANAGEMENT L.P.,
Appellant in 24-3291
v.
STRATERA HOLDINGS, LLC, et al.

___

PROSPECT CAPITAL
MANAGEMENT L.P.
v.
STRATERA HOLDINGS, LLC, et al.,
Appellant in 24-3374

| Counsel for Appellant/<br>Cross – Appellee | Counsel for Appellees/<br>Cross – Appellant |
|---|---|
| MEIR FEDER | LAURA H. MCNALLY<br>(Destra Capital Managers LLC)<br>[9 minutes per Court) |
| | BOBBY G. PRYOR<br>(Statera Holding LLC)<br>(6 minutes per Court) |
| (15 minutes Total per Court) | (15 minutes Total per Court) |

PAGE TWO - CONTINUED                    WEDNESDAY, APRIL 08, 2026

Coram: PORTER, MONTGOMERY-REEVES and BOVE, *Circuit Judges*

No. 25-1516

BRANDON TIMMONS,
Appellant
v.
BOHINSKI, et al.

Counsel for Appellant                          Counsel for Appellee

SOPHIA MONTGOMERY                              HANNAH KOGAN

(15 minutes per Court)                         (15 minutes per Court)

_____

No. 25-2226

MAKE THE ROAD STATES INC, et al.
v.
FREDERICK A. HARRAN, et al.,
Appellant

Counsel for Appellant                          Counsel for Appellees

WALTER S. ZIMOLONG III                         STEPHEN A. LONEY JR.

(15 minutes per Court)                         (15 minutes per Court)

PAGE THREE - CONTINUED                WEDNESDAY, APRIL 08, 2026

Coram: PORTER, MONTGOMERY-REEVES and BOVE, *Circuit Judges*

S U B M I T T E D

No. 24-2729
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
HARRY E. DUNCAN,
Appellant

―――――

No. 25-1845
Pursuant to 3rd Cir. LAR 34.1(a)

CHRISTINE BIROS,
Appellant
v.
SHANNI SNYDER, et al.

―――――

No. 25-2173
Pursuant to 3rd Cir. LAR 34.1(a)

LABORATORY CHARTER SCHOOL,
Appellant
v.
M. R. S., et al.